FILED

2007 MAR 26   AM 8:32

CLERK US DIS...   ...
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Napoleon Jones, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim No. 05cr0016-J |
| Plaintiff, ) | **ORDER REGARDING THE** |
| ) | **MOTION TO UNSEAL REPORTER'S** |
| v. ) | **TRANSCRIPT OF SEPTEMBER 2,** |
| ) | **2005** |
| ALFREDO OLMOS-HUERTA, ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

Having read the Motion to Unseal the Reporter's Transcript of the September 2, 2005 hearing at which time Alfredo Olmos Huerta moved to have counsel Gerald McFadden relieved, and for good cause shown,

IT IS ORDERED that the reporter's transcript of September 2, 2005 be unsealed and may be included by appellate counsel Elizabeth A. Missakian in the Excerpt of Clerk's Record and may also be provided by appellate counsel to Assistant United States Attorney Michael Crowley.

DATED: **3-23-06**

NAPOLEON A. JONES
United States District Court